

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2014

No. 04-14-00309-CV

**CITY OF EAGLE PASS**
Appellant / Cross-Appellee

v.

Irma Leticia **SALAZAR**
Appellee / Cross-Appellant

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-04-27357-MCVJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The Appellant/ Cross-Appellee's Motion for Leave to Assert its Brief in Response to Appellee's Cross-Appeal in a Single Brief is GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court